# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1536

_____

Kimberly Lawson, as Mother and Next    *
Friend of S.L.,    *
   *
       Appellant,    *
   *   Appeal from the United States
     v.    *   District Court for the
   *   Southern District of Iowa.
Des Moines Independent School    *
District; Mary Gordon, Individually    *   [UNPUBLISHED]
and in her official capacity,    *
   *
       Appellees.    *

_____

Submitted: November 27, 2009
Filed: December 14, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Kimberly Lawson appeals following the district court's[1] adverse grant of summary judgment in her 42 U.S.C. § 1983 action. Having carefully reviewed the record, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that

_____

[1]The Honorable Ross A. Walters, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

summary judgment was proper because Lawson failed to demonstrate the denial of a constitutional right.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____